**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Cleveland MCLEAN, Jr., Defendant– Appellant.**

No. 01–6823.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 6, 2001.

Decided Sept. 13, 2001.

Cleveland McLean, Jr., pro se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, VA, for appellee.

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

Cleveland McLean, Jr., appeals from the district court's order denying his petition for a writ of coram nobis. We have reviewed the record and the district court's

opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. McLean,* No. CR–90–105 (E.D.Va. Apr. 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*